**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **LACIE LEON and**<br>**RICHARLETTE LEON** | **CIVIL ACTION NO. 6:25-cv-01588** |
| | **JUDGE DAVID C. JOSEPH** |
| **VERSUS** | |
| | **MAGISTRATE JUDGE DAVID J. AYO** |
| **DHANOTA TRANSPORT, INC. and**<br>**SUKHWINDER SINGH** | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come LACIE LEON and RICHARLETTE LEON, who suggest to the Court that they desire to enroll as additional counsel of record, CAROLINE C. HIDALGO (Bar Roll No. 41278), Attorney of the firm Broussard, David & Moroux.  Further, Plaintiffs respectfully submit that granting this Motion will not delay or otherwise have any adverse impact on the trial docket or other scheduling matters of this Court.

Respectfully submitted,

**BROUSSARD, DAVID & MOROUX**

_/s/ Blake R. David_
BLAKE R. DAVID (#27427)
REED K. ELLIS (#39239)
557 Jefferson Street
P.O. Box 3524
Lafayette, Louisiana 70502-3524
(337) 233-2323 - Telephone
(337) 233-2353 – Facsimile
blake@bdm.law
reed@bdm.law

_Attorneys for Plaintiffs, Lacie Leon and_
_Richarlette Leon_

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2026, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

<u>        */s/ Blake R. David*        </u>
Blake R. David