**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **LACIE LEON and RICHARLETTE LEON** | **CIVIL ACTION NO. 6:25-cv-01588** |
| | **JUDGE DAVID C. JOSEPH** |
| **VERSUS** | |
| | **MAGISTRATE JUDGE DAVID J. AYO** |
| **DHANOTA TRANSPORT, INC. and SUKHWINDER SINGH** | |

---

**ORDER**

Considering the foregoing Motion;

IT IS HEREBY ORDERED that Caroline C. Hidalgo (Bar Roll No. 41278) of Broussard,

David & Moroux be enrolled as additional counsel of record in this action.

Lafayette, Louisiana, this _____ day of _____, 2026.

_____
JUDGE

3