UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

LACIE LEON and
RICHARLETTE LEON

CIVIL ACTION NO. 6:25-cv-01588

VERSUS

JUDGE DAVID C. JOSEPH

DHANOTA TRANSPORT, INC. and
SUKHWINDER SINGH

MAGISTRATE JUDGE DAVID J. AYO

## ORDER

Considering the foregoing Motion;

IT IS HEREBY ORDERED that Caroline C. Hidalgo (Bar Roll No. 41278) of Broussard,

David & Moroux be enrolled as additional counsel of record in this action.

Lafayette, Louisiana, this 6th day of July, 2026.

_____
David J. Ayo
United States Magistrate Judge