**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **RICHARLETTE LEON ET AL** | **CASE NO.  6:25-CV-01588** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DHANOTA TRANSPORT INC ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO REMAND filed by Plaintiffs Richarlette Leon and Lacie Leon.  [Doc. 11].  This motion was referred to United States Magistrate Judge David J. Ayo for REPORT AND RECOMMENDATION [Doc. 23]. After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiffs' MOTION TO REMAND [Doc. 11] is GRANTED.  It is, therefore, further

**ORDERED** that Plaintiffs' civil suit be REMANDED to the 16th Judicial District Court for the Parish of St. Martin, Louisiana.

THUS, DONE AND SIGNED in chambers on this 23rd day of July 2026.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE