**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

July 24, 2026

Laura Blanchard, Clerk of Court
16th Judicial District Court
St. Martin Parish
P O Box 308
St. Martinville, LA 70582

---

In re: Civil Action No. 6:25−cv−01588−DCJ−DJA
LEON ET AL V. DHANOTA TRANSPORT INC ET AL
Your Case No. 95569−A

Dear Clerk:

Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith a certified copy of our docket sheet and the Judgment or Order to Remand.

The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is: http://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

Please acknowledge receipt on the enclosed copy of this letter.

ATTORNEYS ARE ADVISED THAT ALL FUTURE FILINGS SHOULD BE DIRECTED TO THE RECEIVING COURT NAMED ABOVE.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1−866−323−1101.

THUS DONE July 24, 2026.

DANIEL J. MCCOY
CLERK OF COURT

D Casebonne
DEPUTY CLERK OF COURT